DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEAN LUDGER NELSON,**
Appellant,

v.

**MARIE RUBBY ROGER,**
Appellee.

No. 4D20-900

[August 5, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 502016DR012149XXXXSB.

Jennifer Labbe of Trial Lawyers Group, Wellington, for appellant.

Luz M. McLean of Johnson, Ritchey & Feldman, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***